**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RAYMOND A. ORTEGA,

      Petitioner,

v.                                                      No. CV 15-0473 JH/GBW

4TH JUDICIAL DISTRICT COURT/NMDOC,

      Respondent.

<u>**ORDER**</u>

THIS MATTER having come before the Court on Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), and the Court being fully advised;

IT IS ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is hereby GRANTED, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE