IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAYMOND A. ORTEGA,

    Petitioner,

v.                                                                                 CIV No. 15-473 JCH/GBW

FOURTH JUDICIAL DISTRICT COURT, *et al.*,

    Respondents.

## **ORDER TO SHOW CAUSE**

This matter is before the Court on review of the record. On September 11, 2015, Petitioner filed a Notice of Change of Address. *Doc. 8*. On September 21, 2015, the mail sent to Petitioner's new address was returned as undeliverable. *Doc. 9*.

Plaintiff has a "continuing duty to notify the Clerk, in writing, of any change in their mailing address." D.N.M.LR-Civ 83.6. Plaintiff's apparent failure to correctly state his address will make proceeding in his case impossible.

The Court may impose sanctions for Plaintiff's failure based on the local rules and the Court's inherent power to regulate its docket and promote judicial efficiency. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984). One such sanction within the discretion of the Court is to dismiss an action for want of prosecution. *See e.g., Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); *United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 856 (10th Cir. 2005).

Based on Plaintiff's failure to notify the Court of his correct address, he will be required to show cause why this case should not be dismissed.

Wherefore, **IT IS HEREBY ORDERED** that, no later than fourteen days from the date of this order, Plaintiff shall file with the Court notice of his current address. Failure to respond to this Order shall constitute an independent basis for dismissal.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE