IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAYMOND A. ORTEGA,

    Petitioner,

v.                                                  CIV No. 15-473 JH/GBW

FOURTH JUDICIAL DISTRICT COURT, *et al.*,

    Respondents.

## ORDER QUASHING ORDER TO SHOW CAUSE

This matter is before the Court upon Plaintiff's Response to the Court's Order to Show Cause. *Doc. 11*. The Order to Show Cause was issued after Petitioner filed a Notice of Change of Address but the mail sent to Petitioner's new address was returned as undeliverable. *Docs. 8, 9*. The Order explained that Petitioner's claim was therefore subject to dismissal pursuant to FED. R. CIV. P. 4(m) and 41(b). In Petitioner's Response, he assured the Court that he provided the correct address and is currently receiving mail at that new address. *Doc. 11*. Based upon this representation, the Court will quash the Order to Show Cause and will proceed to address the merits of Petitioner's claim.

Wherefore, **IT IS HEREBY ORDERED** that the Order to Show Cause is quashed.

                                                                                             _____
                                                                                             GREGORY B. WORMUTH
                                                                                           UNITED STATES MAGISTRATE JUDGE